UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                      Case Nos.   15-20652-3
                                                            15-20751

vs.

                                      HON.  GEORGE CARAM STEEH

EUGENE FISCHER,

        Defendant.
_____/

<u>ORDER FINDING CONFLICT OF INTEREST FOR ATTORNEY PERKINS</u>

This matter came before the court on defendant Eugene Fischer's attorney Todd Perkins' motion in regard to a potential conflict of interest.  Having heard from Mr. Perkins, Mr. Fischer, and the assistant United States Attorney Mr. Graveline, the court hereby finds that Mr. Perkins has a conflict of interest and cannot provide adequate legal representation to Mr. Fischer.  Mr. Perkins is therefore permitted to withdraw as counsel.

The court will ask the Federal Defender's Office to appoint a panel attorney to represent Mr. Fischer.

Mr. Fischer's arraignment is adjourned until March 23, 2016 at 2:00 p.m. before this court.

IT IS SO ORDERED.

Dated:  March 16, 2016

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 16, 2016, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk