UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

D-3 EUGENE FISHER,
D-6 ROBERT BROWN,
D-13 ARLANDIS SHY,
D-19 KEITHON PORTER,

    Defendants.
_____/

Case No. 15-20652

HON. GEORGE CARAM STEEH

ORDER DENYING DEFENDANTS'
ORAL MOTION FOR ACCESS TO CO-DEFENDANT
COREY BAILEY'S ENTIRE VIDEO RECORDED STATEMENT

This matter came before the court in relation to defendant Arlandis Shy's motion in limine to preclude the government from offering seven identified clips of co-defendant Corey Bailey's video recorded statement made to federal agents. During argument on Shy's motion, defendants Eugene Fisher, Robert Brown, Arlandis Shy and Keithon Porter made an oral motion to be given access to Bailey's entire recorded statement. The court conducted an *in camera* review of the three-and-a-half hour video recorded statement.

Upon completing the *in camera* review, the court finds there is no evidence or indication of any impropriety or misconduct on the part of the interviewers. In addition, Bailey does not identify or talk about any of the co-defendants who are involved in this trial. It is the court's determination that there is no otherwise competent evidence contained in the recorded statement. For these reasons, the court DENIES defendants' motion for access to Corey Bailey's recorded statement.

Dated: June 27, 2018

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 27, 2018, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---