# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 15, 2020

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 19-1220, *USA v. Eugene Fisher*
Originating Case No. : 2:15-cr-20652-3

Dear Mr. Weaver,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Zachary Love
Patricia Elder
Senior Case Manager

cc: Mr. Andrew Goetz
    Mr. Daniel R. Hurley
    Mr. Kevin Michael Schad

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 19-1220

_____

Filed: September 15, 2020

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

EUGENE FISHER

    Defendant - Appellant

## MANDATE

   Pursuant to the court's disposition that was filed 08/19/2020 the mandate for this case hereby issues today.

COSTS: None